# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

MICHAEL ANDERSON,
Plainitiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 3:08-CV-214

PRIMESOURCE BUILDING PRODUCTS, INC.,
Defendant.

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered for the plaintiff, Michael Anderson, in the amount of $20,000.

September 5, 2008
Date

Patricia L. McNutt, Clerk

By   s/ A. Brush    Deputy Clerk